PAUL VAN DYKE, Appellant, *v.* MARY VAN DYKE, Respondent.

Submitted January 5, 1953; decided January 21, 1953.

*Sharon J. Mauhs* for motion.

*David B. Alford* opposed.

Motion denied, with $10 costs.